# United States District Court

### for the

### Western District Of Tennessee

### Request for Termination of Supervision Prior to Original Expiration

Name of Offender: Kenneth Johnson, Jr.          Case Number:  2:07CR20225-07

Name of Sentencing Judicial Officer:  The Honorable S. Thomas Anderson.

Date of Original Sentence: February 6, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With  Intent To Distribute More than 100 Kilograms of Marijuana | |
| Original Sentence: | Prison - 20months<br>TSR- 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Kevin Ritz | Date Supervision Commenced: 08/10/2010 |
| Defense Attorney: | Craig Morton | Date Supervision Expires: 12/05/2013 |

### PETITIONING THE COURT

To allow Mr. Johnson's term of supervision to terminate prior to the expiration of the original term.

### CAUSE

Mr. Kenneth Johnson, Jr. meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law.  He has made progressive strides toward achieving supervision objectives and poses no identifiable risk to public safety. Mr. Johnson satisfied his special assessment of $100.00 on September 24, 2010. Assistant United States Attorney Joseph C. Murphy voiced no objections regarding this early termination recommendation.

Respectfully submitted,

s/Brenda Carpten          8/28/2012

Brenda Carpten
U.S. Probation Officer

Approved:

s/Daryl K. Butler          8/30/2012

Supervising U.S. Probation Officer          Date

Re: Johnson, Kenneth, Jr.
August 28, 2012
Page 2

The Court Orders:
    [ ]  No Action
    [x]  The Offender be released from Supervision
    [ ]  Other

s/ S. Thomas Anderson
_____
Signature of Judicial Officer

Date: August 31, 2012